NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

CARLTON A. RAMEY,
*Petitioner,*

v.

MERIT SYSTEMS PROTECTION BOARD,
*Respondent.*

---

2011-3183

---

Petition for review of the Merit Systems Protection Board in case no. SF0752100735-I-1.

---

ON MOTION

---

ORDER

The Merits Systems Protection Board moves for extensions of time to file its response brief,

Upon consideration thereof,

IT IS ORDERED THAT:

The motions are granted to the extent that the Board's response brief is due December 27, 2011.

FOR THE COURT

DEC 1 2 2011
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Carlton A. Ramey
     Sara B. Rearden, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

DEC 1 2 2011

**JAN HORBALY**
**CLERK**